# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEQA LAGOON SUPPORT SERVICES,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MAKSYM GERBUT and JULIA GERBUT,<br><br>　　　　　　　　　　　Defendants. | Case No.:  18cv2478 JAH (BGS)<br><br>**ORDER:**<br><br>**(1) CONVERTING MANDATORY SETTLEMENT CONFERENCE TO VIDEO CONFERENCE; AND**<br><br>**(2) ISSUING UPDATED PROCEDURES** |

The Court hereby **CONVERTS** the Mandatory Settlement Conference set for **August 17, 2020 at 1:30 PM** to **video conference.**  To facilitate this modification, **IT IS HEREBY ORDERED:**

1. The Court will use its official Zoom video conferencing account to hold the MSC. **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1]  Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, rather than mobile devices.

account, install Zoom and familiarize themselves with Zoom in advance of the conference.[2] There is a cost-free option for creating a Zoom account.

2. Prior to the start of the conference, the Court will email counsel for each party an invitation to join a Zoom video conference that they must provide to participating client(s). The Court will send the invitation to the email addresses listed for counsel in the case docket. **If counsel does not receive an invitation to join the Zoom video conference by August 14, 2020, please email chambers at efile_skomal@casd.uscourts.gov.** Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding.** Zoom may then prompt participants to enter the password included in the invitation.[3] All participants will be placed in a waiting room until the conference begins.

3. Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the conference to ensure that it begins promptly at 1:30 PM. **The Zoom e-mail invitation may indicate an earlier start time, but the conference will begin at the Court-scheduled time.**

4. Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person MSC. The Court may divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[4] In a Breakout Room, the

---

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started.

[3] A Meeting ID will also be included and may be used along with the password to access the conference if necessary.

[4] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

Court will be able to communicate with participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

5. All participants shall display the same level of professionalism during the MSC and be prepared to devote their full attention to the MSC as if they were attending in person, *i.e.*, cannot be driving while speaking to the Court. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference.

**IT IS SO ORDERED.**

Dated: August 3, 2020

_____
Hon. Bernard G. Skomal
United States Magistrate Judge