UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEQA LAGOON SUPPORT SERVICES, a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MAKSYM GERBUT, an individual; JULIA GERBUT, an individual; and DOES 1-10,<br><br>Defendants. | Case No.:  18cv2478-JAH (BGS)<br><br>**ORDER:**<br><br>**1. DENYING APPLICANTS' MOTION TO WITHDRAW AS DEFENDANTS' COUNSEL; AND**<br><br>**2. VACATE FINAL PRETRIAL CONFERENCE DATE** |

Today, CES Legal Services and Chad Starkey ("Applicants") *ex parte* motion to withdraw as Defendants' counsel, *See* Doc. No. 19, came on hearing. After considering the record and arguments of counsel, the Court **DENIES** without prejudice Applicants' motion. The Court finds it appropriate to **VACATE** the September 28, 2020, final pretrial conference. A new date will be issued in due course.

**IT IS SO ORDERED.**

DATED: August 12, 2020

_____
Hon. John A. Houston
United States District Judge

1